

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00328-CR

CHRISTIAN J. SCHROEDER, Appellant

§ On Appeal from Criminal District
Court No. 4

§ of Tarrant County (1796798)

V.

§ January 18, 2024

§ Memorandum Opinion by Chief
Justice Sudderth

THE STATE OF TEXAS

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth